# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>Levester Lee | )<br>)<br>)<br>)<br>)<br>) |

Case No.: 5:06-CR-51-1FL

USM No: 25548-056

Date of Original Judgment: October 25, 2006
Date of Previous Amended Judgment: November 18, 2013
*(Use Date of Last Amended Judgment if Any)*

Laura Wasco
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 158 months **is reduced to** 135 months

On October 25, 2006, the defendant was sentenced to 188 months in Count 1 and 60 months consecutive in Count 2 for a total of 248 months. On April 8, 2010, pursuant to a motion under 18 U.S.C. § 3582(c)(2), the defendant's sentence was reduced to 151 months in Count 1 and 60 months consecutive in Count 2 for a total of 211 months.
(Continued on page 2)

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated November 18, 2013 shall remain in effect. **IT IS SO ORDERED.**

Order Date: March 13, 2014

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Louise W. Flanagan, U.S. District Judge
*Printed name and title*