# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| United States of America | ) |
|---|---|
| v. | ) |
| Levester Lee | ) Case No: 5:06-CR-51-1FL |
| | ) USM No: 25548-056 |
| Date of Original Judgment: October 25, 2006 | ) |
| Date of Previous Amended Judgment: March 13, 2014 | ) Laura Wasco |
| (Use Date of Last Amended Judgment if Any) | Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 75 months **is reduced to** 68 months on Count 1.
Count 2 remains 60 months, consecutive, for a total sentence of 128 months.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated 10/25/2006, 04/08/2010, 11/18/2013, and 03/13/2014, shall remain in effect. **IT IS SO ORDERED.**

Order Date: 11/6/2014

Effective Date: _____ (if different from order date)

*Judge's signature:* Louise W. Flanagan

Louise W. Flanagan, U.S. District Judge
*Printed name and title*